UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ZACHARY DANTRELL WILSON,**
    Plaintiff,

v.

**KENNETH PETERS, et al.,**
    Defendants.

Case No. 2:21-cv-481-CLM-NAD

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court grant the motions for summary judgment filed by defendants Kenneth Peters, Sonya Files, Regenia Brewster, and Graham Osula. (Doc. 38). The magistrate judge notified the parties of their right to file objections to the report and recommendation within 14 days. (*Id.* at 25–26). Plaintiff Zachary Dantrell Wilson has filed a "Motion to Object with Prejudice and Hatred" (doc. 39), which the court construes as objections to the report and recommendation.

Wilson objects to the reassignment of this case from one magistrate judge to another, and from one district judge to another. (*Id.*). Wilson also asserts he was improperly charged the full filing fee when he only should have paid 10%. (*Id.*). Neither of these objections addresses any finding of fact or recommendation from the magistrate judge. Wilson's failure to file specific objections waives any challenge to the proposed findings and recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **OVERRULES** Wilson's objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation. So the court will **GRANT** Defendants Kenneth Peters, Sonya Files, Regenia Brewster, and Graham Osula's motions for summary judgment (docs. 17, 29, 30).

The court will enter a separate final judgment that closes this case.

**Done** on March 8, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE